Name _Candee Smt_

Street Address _3249 Sayle_

City and County _Fresno Ca_

State and Zip Code ___

Telephone Number _559-270-2803_

**FILED**

MAR 20 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

_Candce Smt_

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

① Mcdonalds, ② Vons, ③ Bran marina, ④ Robert curl & manger ⑤ Kathy davis, ⑥ Horacio, ⑦ Corin wright,

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _1:26 CV02217 KES SAB_

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

richard marina ② micheal marino ④ Angela Marina , Saint Agnes, Kaisor

wright, Julie lee (write)

Story Elementary
Teacher

⑪ Shontel Sumter
Shontel Clark
(Stolen Ticket)
Copy

⑫ mercy Ayadele

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | McdohaldS |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

Defendant No. 2

| | |
|---|---|
| Name | Robert Cur l |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

2

Defendant No. 3

Name _Kathy Davis & Karin Wright_
Julie Lee

Job or Title
(if known)

Street Address _5867 pitts_ Robert Burl
Richard marino

City and County

State and Zip Code _Fresno ca 93727_ Angela maria

Telephone Number _____ Mercy Blodd

Defendant No. 4

Name _Larry Cooley_

Job or Title
(if known)

Street Address _Sacrament_ Hiding

City and County _____ State

State and Zip Code _____ the Lottery

Telephone Number _____ Winning

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☑ Federal question             ☐ Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Bussinesstort, Rocketeering Currption
Attempted Murder, vilation of policy
rape murder in 1989 Sexual Herrasment
Attempted intection of Hiv Knowing passage

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

Kidnapped
Children -
Hostege

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Candece Sn , is a citizen of
the State of *(name)* _____.

Hokld
druggings

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)*
_____.

motlor
of
mother
Burny
of
House

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

State
Car.

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. *Or is a citizen of*
*(foreign nation)* _____.

Need Account of Stolen Children whereabous

4

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Racketeering's currupt group. Insurance fraud, Identity Theft, Stolen lottery Tickt 30 million. Stolen Car, Stolen childs bike, clothes. money & more MS. Construct will, Hacking, Survellave, Staking Kidnap, child porn, child prostitution purposing Spreading HIVS rapes, tainting blood unsanitary; use of Dmv records for robbery, druggings over doses trailer use college as war grounds. Drugging over does in mcdonalds Attack in mcdonalds 2 different sites

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Upon Such & d theft Stolen items attempted Murder Kidnapping of Children Hit w/c Car Stage Car accidents Fraud Stalking Harresivent, using security wrong way Stealthing rapes Stolen Children medical mal practics

V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  3-20 , 20 24

Signature of Plaintiff    _____

Printed Name of Plaintiff    Candace Smth

6